IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODEL E. RODIS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants　　　　　　　　　/ | No. 04-0314 MMC<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

　　　　Before the Court is the parties' Joint Status Report to Court re Appeal, indicating therein that defendants' appeal is pending before the Ninth Circuit.

　　　　The parties shall file a further joint status report, no later than April 1, 2006, to inform the Court as to the status of the appeal.

　　　　**IT IS SO ORDERED.**

Dated: September 26, 2005

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge