IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODEL E. RODIS,<br><br>              Plaintiff,<br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>              Defendants | No. 04-0314 MMC<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

    Before the Court is the parties' Joint Status Report to Court Re: Appeal, indicating therein that defendants' appeal remains pending before the Ninth Circuit.

    The parties shall file a further joint status report, no later than December 1, 2006, to inform the Court as to the status of the appeal.

**IT IS SO ORDERED.**

Dated: April 4, 2006

                                               MAXINE M. CHESNEY
                                               United States District Judge