IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODEL E. RODIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants | No. 04-0314 MMC<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

　　　　Before the Court is the parties' Joint Status Report to Court Re: Appeal, filed November 30, 2006, in which the parties indicate that defendants' appeal remains pending before the Ninth Circuit.[1]

　　　　The parties shall file a further joint status report, no later than August 3, 2007, to inform the Court as to the status of the appeal.

　　　　**IT IS SO ORDERED.**

Dated: December 7, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The parties did not provide the Court with a chambers copy of the status report. For future reference, the parties are reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"