IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODEL E. RODIS,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants

No. 04-0314 MMC

**ORDER DIRECTING CLERK TO ENTER JUDGMENT IN FAVOR OF DEFENDANTS**

        On March 22, 2006, this Court granted summary judgment in favor of all defendants on plaintiff's Third Cause of Action and in favor of defendants City and County of San Francisco and Chief Alex Fagan on all claims against said two defendants.

        On March 9, 2009, the Court of Appeals for the Ninth Circuit remanded the above-titled action for entry of judgment in favor of defendants Officer Michelle Liddicoet and Sergeant Jeff Barry on all remaining claims, and the mandate issued May 14, 2009. (See Mandate, filed May 14, 2009.)

        Accordingly, the Clerk is hereby DIRECTED to enter judgment in favor of all defendants and against plaintiff.

        **IT IS SO ORDERED.**

Dated: May 20, 2009

                                  MAXINE M. CHESNEY
                                  United States District Judge