IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODEL E. RODIS,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.
                                /

No. CV-04-0314 MMC

**JUDGMENT IN A CIVIL CASE**

      **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** judgment is entered in favor of all defendants and against plaintiff.

Dated: May 27, 2009

                                              Richard W. Wieking, Clerk

                                              *Tracy Lucero*

                                              By: Tracy Lucero
                                              Deputy Clerk